**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-6975**

─────────────

DERRICK LAMAR CHEEKS,

     Petitioner - Appellant,

  v.

ALFORD JOYNER,

     Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Donald C. Coggins, Jr., District Judge.  (0:17-cv-02876-DCC)

─────────────

Submitted:  March 9, 2022       Decided:  March 22, 2022

─────────────

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Derrick Lamar Cheeks, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Lamar Cheeks seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the district court's prior order denying relief on his 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). *See generally United States v. McRae*, 793 F.3d 392, 400 & n.7 (4th Cir. 2015). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Cheeks has not made the requisite showing.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are

---

[*] We also conclude that the district court did not abuse its discretion in denying Cheeks' recusal motion. *See Liteky v. United States*, 510 U.S. 540, 555 (1994); *United States v. Stone*, 866 F.3d 219, 229 (4th Cir. 2017).

2

adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*